UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **KEIBERTH JOSE MORENO BARRETO,** <br><br> *Petitioner*, <br><br> v. <br><br> **JASON STREEVAL,** Warden, El Paso Camp East Montana Processing Center; **MARY DE ANDA-YBARRA,** Director of El Paso Field Office, Immigration and Customs Enforcement; **JESSE D. MUNOZ,** Chief, U.S. Border Patrol El Paso, Immigration and Customs Enforcement; **KRISTI NOEM,** *in her official capacity as* Secretary, U.S. Department of Homeland Security; <br><br> *Respondents*. | § § § § § § § § § § § § § § § § § § § | **EP-26-CV-00248-DCG** |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Pursuant to "Petitioner's Notice of Voluntary Dismissal" (ECF No. 5), the Court **DISMISSES** the above-captioned case **WITHOUT PREJUDICE**. Each party shall bear its own costs.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 13th day of February 2026.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE